UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL BOUDREAUX, et al.,<br><br>    Defendants. | No.  1:22-cv-00768-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING MOTION TO DISMISS AND DISMISSING ACTION<br><br>(Doc. Nos. 8, 10) |

On June 23, 2022, Plaintiff Charlotte Allen, also known as Charlotte Jackson, proceeding *pro se*, filed this action. (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.[1]  On August 5, 2022, Defendants Tulare County Sheriff Michael Boudreaux, Tulare County Sheriff's Sergeant Ronna Brewer, and Tulare County Sheriff's Deputy Rhonda L. Pack, filed a motion to dismiss.  (Doc. No. 8.)  On September 7, 2022, the Magistrate Judge issued findings and recommendations recommending that the motion to dismiss be granted and that this action be dismissed with prejudice and without

---

[1] Following amendment of the Local Rules effective March 1, 2022, a certain percentage of civil cases shall be directly assigned to a Magistrate Judge only, with consent or declination of consent forms due within 90 days from the date of filing of the action. L.R. App. A(m)(1). This action was directly assigned to a Magistrate Judge only. At the time of issuing the findings and recommendations, no consent forms had been returned in this action, and some named Defendants had not appeared. Pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule 302(c)(7), and Local Rule Appendix A, subsection (m), the Magistrate Judge directed the Clerk of the Court to assign a District Judge to this action when the findings and recommendations were issued. (Doc. No. 10 at 1-2, 27.)

leave to amend. (Doc. No. 10.) As noted in the findings and recommendations, while not named as joining in the motion to dismiss, the Magistrate Judge also recommended that Defendant Superior Court for the County of Tulare be dismissed *sua sponte*; and the Defendant County of Tulare Sheriff's Department be dismissed for reasons aligning with the motion to dismiss. (Doc. No. 10 at 20-23.) The findings and recommendations contained notice that objections were required to be filed within fourteen (14) days of service. (*Id.* at 26.) No objections were filed and the deadline to do so has expired.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. The motion to dismiss shall be granted, and all defendants shall be dismissed for the reasons explained in the findings and recommendations.

Accordingly,

1. The findings and recommendations issued on September 7, 2022, (Doc. No. 10), are adopted in full;
2. The motion to dismiss filed on August 5, 2022, (Doc. No. 8), is granted;
3. This action is dismissed with prejudice and without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:  October 22, 2022

UNITED STATES DISTRICT JUDGE

---

[2] The findings and recommendations were returned as undeliverable on September 27, 2022. It is the litigant's duty to keep the Court apprised of an updated address. See L.R. 182(f) ("Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective."). The motion to dismiss was filed on August 5, 2022, and Plaintiff has filed no opposition or other document in this action since the summons was returned on July 20, 2022. (Doc. Nos. 7, 8.)